**Order entered October 22, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01076-CR

### JASON KYLE REMBERT, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 1
Dallas County, Texas
Trial Court Cause No. F-1321209-H**

## ORDER

Based on the Court's opinion of this date, we **GRANT** the June 3, 2019 motion of Valencia Bush to withdraw as counsel on appeal for appellant Jason Kyle Rembert. We **DIRECT** the Clerk of the Court to remove Valencia Bush as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Jason Kyle Rembert, TDC #02223602, Jorden Unit,1992 Helton Road; Pampa, Texas, 79065.

/s/    ROBBIE PARTIDA-KIPNESS
         JUSTICE